UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO        Case No.13-20811-CIV-LENARD/GOODMAN
                           Fla. Bar 029658

     Plaintiff
vs.
                           Satisfaction of Judgment
OPA LOCKA SERVICE STATION
LLC
     Defendant
_____/

THIS SATISFACTION of final judgment, executed this 29TH Day of December, 2014 by MAX A. GOLDFARB, Attorney for plaintiff

WITNESSETH: that the judgment recovered by said plaintiff in the above entitled court against the above named defendant Opa Locka Service Station, LLC, on the 19th day of June, 2014 has been satisfied and the Clerk of Court is hereby directed to record this instrument as evidence of the satisfaction thereof.

IN WITNESS WHEREOF, I, MAX A. GOLDFARB, attorney for the Plaintiff has hereunto set my hand and seal at Miami-Dade County, Florida the day and year first above written.

                                          By _____
                                          MAX A. GOLDFARB
                                          Attorney for Plaintiff

STATE OF FLORIDA      )
                          )SS
COUNTY OF DADE )

Before me, the undersigned authority duly authorized to take acknowledgments and administer oaths, this day personally appeared, Max A. Goldfarb, who being first duly sworn upon oath deposes and says: that he is the attorney for the Plaintiff, in the above styled case and as such is duly authorized to and did execute the above foregoing satisfaction for the use and purposes therein expressed.
SWORN AND SUBSCRIBED to before me this 29th day of December, 2014 at Miami Dade County, Florida
Personally known to me.

                                          _____
                                          NOTARY PUBLIC



ADRIA ELENA GRAMBERG
MY COMMISSION # EE216500
EXPIRES September 13, 2016
(407) 398-0153    FloridaNotaryService.com